Benjamin Wright
Wright Law Offices
2999 N. 44th Street, Ste 600
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
| --- | --- |
|  | Case No. 2:18-bk-04295-PS |
| DAVID S. BENNETT, |  |
| SININE BENNETT, | STIPULATED MOTION TO ALLOW |
| Debtor(s). | DEBTOR TO INCUR DEBT TO |
|  | PURCHASE AN AUTOMOBILE |

David S. Bennett and Sinine Bennett, Debtors, and Edward J. Maney, Chapter 13 Trustee, by and through undersigned counsel, hereby moves, pursuant to Local Rule 2084-25, this Court for an Order allowing Debtor to incur additional debt for the purchase of a vehicle. In support of said motion, Debtor and Trustee stipulate as follows:

1. It is necessary for the debtor to purchase a vehicle for their and/or dependents' maintenance or support.
2. Debtors have surrendered two vehicles in which they held a leasehold interest, leaving Debtors with one vehicle. Debtors require another vehicle to provide for transportation for employment and necessary personal activities, such as doctor appointments, school events, etc.
3. In order to purchase a vehicle for Debtors to use as one of their primary modes of transportation, Debtors must obtain financing. Debtor is asking the court to approve the financing on terms substantially similar to those contained in Exhibit "A" attached hereto.
4. Debtors believe that they will be able to continue making Plan payments if this motion is granted.

1

5. Debtors certify they are current on plan payments and have provided Trustee with current income verification.
6. Debtors further certify they are not in default under the terms of the Chapter 13 Plan.
7. Schedules I and J have been filed within thirty days prior to filing this motion.
8. The proposed debt is for a reasonable amount.
9. The proposed debt is a single loan to purchase a motor vehicle.
10. The only security for the proposed debt is the motor vehicle being purchased.

Wherefore, Debtor and Trustee request this court to enter an Order:

1. Granting their motion to allow Debtor to incur debt to purchase a vehicle upon substantially the same terms as are contained in Exhibit "A" attached hereto with a payment not to exceed $710.00 per month; and
2. Granting such other and further relief as the Court deems justified.

**CONSENTED AND AGREED AS TO FORM AND CONTENT**

_____
Edward J. Maney
Chapter 13 Trustee

_____
Date

/s/Benjamin J. Wright
_____
Benjamin J. Wright
Attorney for Debtor

_____
Date